[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-11284
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 10, 2009
THOMAS K. KAHN
CLERK

D.C. Docket No. 06-00386-CR-T-26TGW

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GABRIEL EDUARDO SERRANO-ROMERO,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Middle District of Florida

_____

(March 10, 2009)

Before CARNES, WILSON and HILL, Circuit Judges.

PER CURIAM:

Ryan Thomas Truskoski, appointed counsel for Gabriel Eduardo Serrano-

Romero in this direct criminal appeal, has moved to withdraw from further

representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Serrano-Romero's conviction and sentence are **AFFIRMED**.